**Order filed September 30, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00361-CV
_____

### IN THE INTEREST OF A.Y.C., A CHILD

---

**On Appeal from the 313th District Court
Harris County, Texas
Trial Court Cause No. 2020-02304J**

---

## ORDER

D.C. ("Mother") and H.G.G. ("Father") appeal the termination of their parental rights to their son, A.Y.C. The Department of Family and Protective Services (the "Department") filed its appellate brief in this court. However, the Department has not stated how the trial court has jurisdiction to terminate the parental rights of Mother and Father to A.Y.C. when Mother and Father are foreign nationals living in their home country of Honduras and A.Y.C. is an undocumented foreign national from Honduras. We therefore ORDER the Department to explain how the trial court and this court have subject matter jurisdiction in this case. In that regard, the Department also should address (1) the role of the U.S. Department of Health and Human Services and why it is not the appropriate agency that should have priority and custody over A.Y.C.; (2) the role and applicability of the Unaccompanied Refugee Minors Program of the U.S. Department of Health and

Human Services; (3) the role of the Office of Refugee Resettlement of the U.S. Department of Health and Human Services; (4) the applicability of the Hague Abduction Convention; and (5) whether Honduras has adopted the Uniform Child Custody Jurisdiction and Enforcement Act and, if Honduras has not adopted it, why and how the Act is applicable and binding upon Mother, Father, and A.Y.C.

We ORDER that counsel for the Department file a supplemental brief addressing subject matter jurisdiction as instructed in this order **within 5 days from the date of this order**.


PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Hassan.